IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02539-WDM-BNB

JIMMY M. TRUJILLO, and
PATRICIA TRUJILLO,

Plaintiffs,

v.

UNICO HOLDINGS, INC.,
MCKESSON CORPORATION,
NUTRAMAX PRODUCTS, INC., and
WAL-MART STORES, INC.,

Defendants.
_____

**ORDER**
_____

Th parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order, on or before **February 1, 2008**, modified as discussed at the conference today.

Dated January 28, 2008.

                                                    BY THE COURT:

                                                   s/ Boyd N. Boland
                                                   United States Magistrate Judge